SOLINGER, Respondent, v. FEDER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Bertha Solinger against Louis Feder and others. L. Marshall, of New York City, for appellants. W. B. Solinger, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

SOMMERFIELD, Respondent, v. C. J. OSBORNE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Henry Sommerfield against the C. J. Osborne Company. No opinion. Submit copy of the record as per special rule, promulgated herewith.

In re SPORMAN'S WILL. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of the will of Ernst Sporman, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAGNITTA, Respondent, v. SKANEATELES PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Salvatore Stagnitta, an infant, etc., against the Skaneateles Paper Company. No opinion. Judgment and order affirmed, with costs.

STAR FINANCE CO., Appellant, v. ENTRIKEN, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Star Finance Company against Henry J. Entriken. A. Caruthers, of New York City, for appellant. Huber B. Lewis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAR FINANCE CO., Appellant, v. HICKEY, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Star Finance Company against Patrick J. Hickey. A. Caruthers, of New York City, for appellant. Huber B. Lewis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1113.

STEINER, Respondent, v. GREAT LAKES CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Frank Steiner against the Great Lakes Construction Company. No opinion. Judgment and order affirmed, with costs.

STERLING, Appellant, v. PEALE, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Louis V. Sterling against Roscoe S. Peale. No opinion. Judgment and order affirmed, with costs.

STIEBEL et al. v. LISSBERGER. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Samuel J. Stiebel and others against Edmund Lissberger. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

STILWELL, Respondent, v. STILWELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Frederick H. Stilwell against Alma B. Stilwell.

PER CURIAM. Interlocutory judgment reversed, and new trial granted, with costs to the appellant to abide the event, on the ground that the evidence does not preponderate, so as to establish the guilt of the defendant.

BURR and CARR, JJ., dissent.

STRAUSS, Appellant, v. SEIFTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Pauline Strauss against Frederick Seifter and others. No opinion. Motion for reargument denied, with $10 costs. See, also, 148 N. Y. Supp. 1145.

STROUSE et al. v. SCHLOSS. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Clarence A. Strouse and others against Harry B. Schloss. No opinion. Application denied, with $10 costs. Order signed.

STUMP v. BURNS. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by Evelyn A. Stump, as administratrix, against William Burns. C. P. Williamson, of New York City, for plaintiff. J. V. Bouvier, Jr., of New York City, for defendant.

PER CURIAM. Exceptions overruled, motion for new trial denied, with costs, and judgment directed dismissing complaint, with costs. Settle order on notice.

SCOTT and HOTCHKISS, JJ., dissent.

SULLIVAN, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by John Sullivan against the City of Syracuse.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents upon the grounds, first, that the work in which the plaintiff was engaged was the performance of a governmental function, and not such as to render the defendant liable for the negligence complained of, or to bring the defendant within the provisions of the Labor Law (Consol. Laws, c. 31) ; and, second, that in any event the verdict is against the weight of the evidence.